UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE JESUS RAMIREZ, | ) | 1:06-cv-01494-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | (Doc. 9) |
| | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| JEFF WRIGLEY, et al., | ) | OF HABEAS CORPUS |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 14, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the petition for writ of habeas corpus be DISMISSED as moot. (Doc. 9). The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, none of the parties in this case have filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 14, 2007 (Doc. 9), is ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   January 17, 2008**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE